UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 1884**

Benjamin Holmes
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The State of New York
_____

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
MAR 20 2013
PRO SE OFFICE

## I. Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Benjamin Holmes
            Street Address P.O. Box 764
            County, City Bronx
            State & Zip Code New York 10469
            Telephone Number 347-313-6258

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

MAR 20 2013
U.S.D.C. S.D. N.Y.
CASHIERS

Defendant No. 1   Name _Workers Compensation Board_
Street Address _P.O. Box 5205_
County, City _Binghamton_
State & Zip Code _N.Y. 13902 5205_
Telephone Number _1 800-877 1373_

Defendant No. 2   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship _Beufort S.C._
Defendant(s) state(s) of citizenship _South Carlina_

Rev. 05/2010

### III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? New York Parks Department At Oishrock 12

B.   What date and approximate time did the events giving rise to your claim(s) occur? 11/01/2006 12:30 P.M. I went home I was sick I hade A Heart Attack Chest Pain and Blinding from the nose

C.   Facts:

**What happened to you?** — I was trying to get Worker Compenstion for the pass 6 years the insurance Agcy saying that I did not get Hurt on the Job

**Who did what?** — I keep geting Hearing after one after after and I was denied I hav deniedal Paper.

**Was anyone else involved?** — I have and Attorney but thy tell me that I going to get A Hearing and never get one.

**Who else saw what happened?** — The only one saw any thing was the people at Worke and I wolde have to pull all the record from the Park Department and I need help with that

### IV.   Injuries.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had hypertension they try to control the hypertension when I had a Heart Attack in 2005 of march the Doctor instructions no Heavy Lifting or Pushing at Bronx Lebanon Hospital after that the Park Department put me back to work in 2006 of march. in november of 2006 I was haveing Chest Pain on the Job the Job auall wend I did not returns to work not one time but two time and they denied me my Worker Compenstion my understanding that they have insurance to keep people from a law suit.

/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am a Sick man with a mini-Mitral valve replacement in Montefiore Hospital in Jun-s in 2007. I ame on lot of medication I ame on 10 different Pills that Cut me up inside. and I have a nother leaky valve a doctor at Bellevue Hospital that I had a leaky valve a doctor Miller Louis. that mean that I would have to get a nother operation. I ame asking New york for compensation of twenty million dollar I thank that will be enough to compensation for 6 years Thank you

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of March, 20__.

Signature of Plaintiff  Benjamin Holmes
Mailing Address  P.O. Box 764
                 Bronx N.Y. 10469

Telephone Number  347-313-6258
Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 20 day of March, 20 13 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature c Plaintiff: Benjamin Holmes
Inmate Number _____

Rev. 05/2010

**Final Diagnoses:**
HYPERTENSION, H/O HEART ATTACK IN 2005 MARCH
**Accommodations Required For Employment:**
Limited Lifting; Limited Pulling; Limited Pushing;
**Employment Disposition:**
Medical Limitations To Employment That Require Vocational Rehabilitation, and/or Specialized Supports
**Narrative Supporting Recommendation:**
PT IS A 52 YO AAM WITH H/O HYPERTENSION AND HEART ATTACK IN MARCH 2005 IS CLEARLY STABLE AT THIS TIME WITHOUT ANY CHEST PAIN , SOB OR ANY PHYSICAL FINDINGS ON EXAM.PT NEEDS VOC REHAB FOR STABLIZATION, FUNCTIONAL IMPROVEMENT AND FOR WORK READINESS.PT CAN NOT HEAVY LIFTING OR PUSHING JOB BUT CLEARLY IS ABLE TO DO LESS EXERTIONAL JOB.
**Comments:**
--

(Completed 10/26/2005 By M. Shuja, , Bronx Lebanon Hospital)

**Medical Conditions Impacting Or Requiring Stabilization For Employment**

| Date Identified | Domain | Diagnosis Affecting Employment | Recommended Treatment/ Action Plan | Target Date |
|---|---|---|---|---|
| 10/26/2005 | Medical | HYPERTENSION | PCP | |
| 10/26/2005 | Medical | H/O HEART ATTACK | PCP/ CARDIOLOGY | |

(Completed 10/26/2005 By M. Shuja, , Bronx Lebanon Hospital)

**Medical Needs Not Affecting Employment**
**Referral Needed For PCP - Routine:** Yes
**Referral Needed For PCP - Emergent?** No
**Referral Needed For ER?** No
**Comments:**
--

(Completed 10/26/2005 By M. Shuja, , Bronx Lebanon Hospital)



Robert E. Beloten
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205
www.wcb.ny.gov
(800) 877-1373

## State of New York - Workers' Compensation Board

### In regard to Benjamin Holmes, WCB Case #G047 7983

### NOTICE OF DECISION
*keep for your records*

At the Workers' Compensation hearing held on 09/19/2012 involving the claim of Benjamin Holmes at the Manhattan hearing location, Judge William Dugan made the following decision, findings and directions:

DECISION:   Issues in controversy (C-7 issues) have been raised by the carrier/employer.

*[Handwritten: I was Late 30 min - I was There]*

Claimant did not appear at the hearing, or was otherwise not prepared to proceed - there is no medical in the file.

. The case is continued to address the following issue(s): Accident Within Meaning Of Workers' Compensation Law, Accident Arising Out Of And In The Course Of Employment, Occupational Disease Within Meaning Of Workers' Compensation Law, Occupational Disease Arising Out Of And In The Course Of Employment, Notice (Section 18), Timely Filing (Section 28). This case is not subject to the expedited hearing process and penalties.

| Claimant - | Benjamin Holmes | Employer - | NYC Parks & Recreation |
|---|---|---|---|
| Social Security No. - | | Carrier - | City of New York |
| WCB Case No. - | G047 7983 | Carrier ID No. - | W847008 |
| Date of Accident - | 11/01/2006 | Carrier Case No. - | 0846-12-02699 |
| District Office - | NYC | Date of Filing of this Decision - | 09/24/2012 |

ATENCION:
Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)

Page 1 of 1

Copies To:
Claimant:      Benjamin Holmes
Carrier:       City of New York
Employer:      NYC Parks & Recreation
Other:         Joseph A. Romano Law Offices

Benjamin Holmes
PO Box 764
Bronx, NY  10469-0702

## NOTICE TO INJURED WORKER

1. Any compensation due will be sent to you by check by the employer or insurance carrier.

2. Keep a careful record of the payments received in order that you may have evidence of payment or nonpayment in case of dispute.

3. Do not pay anything to anyone representing you. If you hire a lawyer or licensed representative, the fee will be set by a W.C.Law Judge. The fee will be deducted from your award and paid by separate check directly to the lawyer or licensed representative by the employer or the insurance carrier.

4. Except for Volunteer Firefighters' and Volunteer Ambulance Workers' claims, no lost wage benefits are paid for the first seven days of disability unless the disability extends beyond 14 days.

5. If your case was continued and the Judge directed that your benefits are to continue, the insurance company or self-insured employer must keep paying you until :

    (a) you have another hearing and the Judge stops or changes your benefits

    or

    (b) your employer or insurance company has evidence that you have returned to work at regular pay or a report from your doctor stating you have no disability and submits this evidence to the Workers' Compensation Board.

6. If you wish to apply for administrative review of any part or all of the Judge's decision, your application must be in writing and received by the Board within 30 days of the filing date of this decision. The filing date is on the other side of this form in the lower right-hand corner. You may deliver your application in person to the District office or send it by mail.

7. If you have any further questions, you may contact your district office by mail or by telephone. The address of your district office is:

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY  13902-5205

Phone Number: (800) 877-1373

EC-23 (4/98)                                    **OVER**

SOCIAL SECURITY ADMINISTRATION

```
                                        Date: March 14, 2013
                                        Claim Number: XXX-XX-3996A
                                                      XXX-XX-3996DI
```

```
BENJAMIN HOLMES
PO BOX 764
BRONX NY 10469-0702
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2012, the full monthly
   Social Security benefit before any deductions is......$ 307.70

   We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 307.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning January 2013, the current
   Supplemental Security Income payment is...............$ 430.30

   This is after we have withheld 79.70 to recover an overpayment.

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is April 19, 1953.